**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nannette Y Ortiz

               Debtor(s)

CHAPTER 13

BKY. NO. 26-11136 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY MELLON CRA MORTGAGE LOAN TRUST 1998-A MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998-A and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
25 Mar 2026, 12:58:53, EDT

      KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d4acb468febdec41a4e092476361a084a3eac787605f65bf21e99da24db22be5