United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-11136-pmm

Nannette Y Ortiz                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nannette Y Ortiz, 3829 Elsinore Street, Philadelphia, PA 19124-5409 |
| | + | Dollar Tree Stores, Inc., 500 Volvo Parkway, Attn: Finance/Payroll, Chesapeake, VA 23320-1604 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Nannette Y Ortiz amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                          |   |                      |
|--------------------------|---|----------------------|
| IN RE                    | : | CHAPTER 13           |
|                          | : |                      |
| NANNETTE Y. ORTIZ        | : | CASE NO: 26-11136PMM |
|                          | : |                      |
| Debtor                   | : |                      |
|                          | : |                      |
| _____: |

**ORDER TO PAY WAGES TO THE TRUSTEE**

AND NOW, upon consideration of the Debtor's Motion to Pay Trustee Through Wage Deduction, and upon representation of the Debtor, the Court finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 and, pursuant to the provisions of said statute and of the Debtor's plan, the Debtor has submitted such portion of Debtor's future earnings or income to the control of the trustee as is necessary for the execution of the plan; and,

Under the provisions of 11 U.S.C. § 1325(c) and § 105 an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED that, until further Order of this Court, Debtor's employer, **Dollar Tree Stores, Inc., Attn: Finance/Payroll, 500 Volvo Parkway, Chesapeake, VA 23320**, deduct from the earnings or income of Nannette Y. Ortiz, the sum of **$248.77 from each bi-weekly pay period**, and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination or other

1

benefits arising out of present or past employment of the Debtor, and forthwith remit the sums so

deducted to:

Kenneth West, Esquire
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799
Case No. 26-11136

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the

amounts required to be withheld by the provisions of any laws of the United States, the laws of any

state or political subdivision, or by any insurance, pension or union dues agreement between said

entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with

the entity's usual payroll procedure.

**Date: March 23, 2026**

_____
Patricia M. Mayer
United States Bankruptcy Judge

2